# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 3, 2016

Robert P. Young, Jr.,
Chief Justice

153082

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

DEANNA D. MABRY,
　　　　Plaintiff-Appellant,

v

SC:  153082
COA:  329786
Washtenaw CC:  15-001873-DC

JOHANNA SUZANNE-GRAINE MABRY,
　　　　Defendant-Appellee.
_____/

## AMENDMENT TO ORDER

On order of the Court, this Court's August 2, 2016 order is amended to correct a clerical error in footnote 3 of Justice MCCORMACK's statement.  The footnote is corrected to read as follows:

> Any exception to our decision in *Van*, 460 Mich 320, limiting the equitable-parent doctrine to married couples would extend only to the small group of same-sex couples who were unconstitutionally prohibited from marrying but separated before the Supreme Court's decision in *Obergefell* and have a custody dispute.

The remainder of the order remains unchanged.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 3, 2016

Clerk

t0726